Fuchsberg, J.
(dissenting). Because of the special circumstances applicable to this case as spelled out in Judge Wachtler’s dissent and the overriding concern that this court for a long time now has manifested for the best interests of children who find themselves in disputed custodial situations (see Bunim v Bunim, 298 NY 391, and its progeny), I, too, would reverse.
However, by my vote in these ad hoc circumstances, I do not intend a departure from the statutory rule of general application, under which preferences are not granted to foster parents until they have had custody for two years. In recent *393 years, the Legislature has evidenced much concern in this area. And, with the broad resources at its command for the investigation of the operational, medical, psychological and other factors bearing on adoptions, whether a cutting down of the two-year period is warranted and can be effected without undermining the salutory purposes of foster care are determinations which obviously would have to be made by it and not by us.
Chief Judge Breitel and Judges Jones and Cooke concur with Judge Jasen; Judge Wachtler dissents and votes to reverse in an opinion in which Judge Gabrielli concurs; Judge Fuchsberg dissents and votes to reverse in a separate dissenting opinion.
Order affirmed, without costs.